UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH,<br><br>    Plaintiff,<br><br>v.<br><br>AMSAH, INC. dba ARBY'S #8229, et al.,<br><br>    Defendants. | Case No. 2:10-cv-09923-JAK-E<br><br>[Proposed] ORDER RE: JOINT STIPULATION FOR DISMISSAL<br><br>JS-6 |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Sandi Rush, and defendants, Joong H. Choh and Sook P. Choh,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: Sept. 6, 2011

_____
United States District Judge