# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI RUSH, | Case No. 2:10-cv-09923-JAK-E |
| Plaintiff, | |
| v. | [Proposed] ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| AMSAH, INC. dba ARBY'S #8229, et al., | JS-6 |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Sandi Rush, and defendants, Joong H. Choh and Sook P. Choh,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: Sept. 6, 2011

_____
United States District Judge